JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rafael Arroyo, Jr., <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Mission Camino Investors, LP, et al, <br><br>　　　　Defendant(s). | SACV 19-01785(ADSx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED: 11/22/19

　　　　　　　　　　　　　　　　　James V. Selna
　　　　　　　　　　　　　　　　United States District Judge